**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | June 20, 2013 | Prob/Pret: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Mary George | | |

Criminal Case No. **12-cr-00045-WYD**   Counsel:

UNITED STATES OF AMERICA,   Zachary H. Phillips

      Plaintiff,

v.

**12.  MICHAEL MONROE**,   Anthony Viorst

      Defendant.

**ARRAIGNMENT AND CHANGE OF PLEA HEARING**

**3:25 p.m.**   Court in Session - Defendant present (in-custody)

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

      Defendant's Motion to Withdraw as Counsel [ECF Doc. No. 775], filed May 31, 2013, is raised for argument.

3:26 p.m.   Argument by Defendant (Mr. Viorst).

3:36 p.m.   Argument by Government (Mr. Phillips).

3:39 p.m.   Mr. Phillips leaves the courtroom.

3:43 p.m.   Statement by Defendant on his own behalf (Mr. Monroe).

4:00 p.m.        Mr. Phillips returns into the courtroom.

**ORDERED:**     Defendant's Motion to Withdraw as Counsel [ECF Doc. No. 775], filed May 31, 2013, is **DEFERRED.**

**ORDERED:**     Defendant's Motion for Competency Evaluation and for Threshold Hearing [ECF Doc. No. 719], filed April 26, 2013, is **DEFERRED.**

**ORDERED:**     A motion hearing is set for **Friday, June 28, 2013, at 9:00 a.m., in Courtroom A-1002.**

**ORDERED:**     Defendant is **REMANDED** to custody of U.S. Marshal.

**4:02 p.m.**    Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :37**