**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | June 28, 2013 | Prob/Pret: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Tammy Hoffschildt | | |

Criminal Case No. **12-cr-00045-WYD**          Counsel:

UNITED STATES OF AMERICA,                    Zachary H. Phillips

      Plaintiff,

v.

**12.  MICHAEL MONROE**,                          Anthony Viorst

      Defendant.

## COURTROOM MINUTES

**MOTIONS HEARING**

**9:08 a.m.**     Court in Session - Defendant present (in-custody)

           APPEARANCES OF COUNSEL.

           Court's opening remarks.

           Defendant's Motion to Withdraw as Counsel [ECF Doc. No. 775], filed May 31, 2013, is raised for argument.

9:09 a.m.     Argument and statement withdrawing motion for competency evaluation by Defendant (Mr. Viorst).

| | |
|---|---|
| **ORDERED:** | Defendant's Motion for Competency Evaluation and for Threshold Hearing [ECF Doc. No. 719], filed April 26, 2013, is **DENIED BASED ON COUNSEL'S REQUEST THAT THE MOTION BE VOLUNTARILY WITHDRAWN.** |
| 9:15 a.m. | Statement by Defendant on his own behalf (Mr. Monroe). |
| 9:19 a.m. | Argument by Government (Mr. Phillips). |
| | Court makes findings. |
| **ORDERED:** | Defendant's Motion to Withdraw as Counsel [ECF Doc. No. 775], filed May 31, 2013, is **GRANTED.** |
| **ORDERED:** | Clerk of Court shall immediately appoint new counsel from the Criminal Justice Act (C.J.A.) Panel to represent the defendant. |
| **ORDERED:** | Counsel shall contact the Court to set a status conference within the next sixty (60) days on the Court's calendar. |
| **ORDERED:** | Defendant is **REMANDED** to custody of U.S. Marshal. |
| **9:23 a.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   :15**