IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 12-cr-00045-WYD-12

UNITED STATES OF AMERICA,

        Plaintiff,

v.

12.    MICHAEL MONROE,

        Defendant.

## ORDER

The Court has considered the government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 of the United States Sentencing Guidelines being fully advised:

IT IS HEREBY ORDERED that the Defendant receive a reduction of three levels in the base offense level for acceptance of responsibility as provided by §3E1.1(a) and (b) of the United States Sentencing Guidelines.

SO ORDERED this 27th day of January, 2015.

BY THE COURT:

_____
THE HONORABLE WILEY Y. DANIEL
SENIOR JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

1