IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00045-WYD-12

UNITED STATES OF AMERICA,

    Plaintiff,

v.

12.    MICHAEL MONROE,

    Defendant.

## ORDER DISMISSING INDICTMENT AS TO DEFENDANT MICHAEL MONROE

THIS MATTER comes before the Court on the United States' Motion to Dismiss the Indictment as to Defendant Michael Monroe. The Court having reviewed the Motion and being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby GRANTED. Pursuant to the plea agreement, the Indictment as to Defendant Michael Monroe is DISMISSED.

Dated this 27th day of January, 2015, in Denver, Colorado.

BY THE COURT:

*[signature]*

THE HONORABLE WILEY Y. DANIEL
SENIOR JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO