IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 16-cv-00302-WYD
Criminal Action No. 12-cr-00045-WYD-12

UNITED STATES OF AMERICA,

v.

MICHAEL SAMUEL MONROE II,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is

ORDERED that the United States Attorney on or before **Wednesday, March 2, 2016**, shall file an answer or other pleading directed to the motion pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings.

Dated: February 10, 2016.

                                    BY THE COURT:

                                    */s/ Wiley Y. Daniel*
                                    WILEY Y. DANIEL,
                                    SENIOR UNITED STATES DISTRICT JUDGE